# Court of Appeals
# of the State of Georgia

ATLANTA,  November 26, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0167. TORREY DAMETRIUS COLEMAN v. THE STATE.**

In March 2017, Torrey Dametrius Coleman pled guilty to family violence battery, simple battery, aggravated stalking, and criminal attempt to commit aggravated stalking. Coleman filed a notice of appeal. He subsequently filed several pro se motions. On March 29, 2018, the trial court entered an order declining to rule on the pro se motions in light of the pending notice of appeal.[1] Coleman filed an application for discretionary appeal from this ruling on October 26, 2018. We, however, lack jurisdiction.

Assuming, for the sake of argument, that Coleman has a right to file a discretionary application,[2] he was required to file such application within 30 days of the order he seeks to appeal. See OCGA § 5-6-35 (d). Here, Coleman filed his application for discretionary appeal 211 days after entry of the order he seeks to appeal.

---

[1] The trial court also found that Coleman could not file pro se proceedings while represented by counsel. One of the issues with which Coleman appears to take issue is the validity of counsel's appointment.

[2] If Coleman is represented by counsel, his pro se filings are a legal nullity. See *Tolbert v. Toole*, 296 Ga. 357, 363 (767 SE2d 24) (2014) ("[a] criminal defendant in Georgia does not have the right to represent himself and also be represented by an attorney, and pro se filings by represented parties are therefore "'unauthorized and without effect.'").

Accordingly, we lack jurisdiction to consider the untimely application, which is hereby DISMISSED. See *Hill v. State*, 204 Ga. App. 582, 582 (420 SE2d 393) (1992).



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,  11/26/2018*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*